**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**CAROL HARTER**                                                                      **PLAINTIFF**

**V.**                                        **CASE NO. 5:20-CV-5062**

**KILOLO KIJAKAZI,[1] Acting Commissioner
Security Administration**                                            **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 20) filed in this

case on July 20, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for

the Western District of Arkansas.  The time to object has now passed, and no objections

were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 20) is

**ADOPTED IN ITS ENTIRETY**.  The decision of the ALJ is **REVERSED**, and the matter is

**REMANDED** for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 3rd day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] Kilolo Kijakazi became Acting Commissioner of the Social Security Administration on July 9, 2021.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).